UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                              CASE NO. 8:02-cr-269-T-23TBM

ANTON KEREL FISHER
_____/

**ORDER**

The United States Probation Office filed on December 7, 2006, a superseding petition for revocation of the defendant's supervised release (Doc. 25).[*] At the hearing on December 8, 2006, Assistant Federal Public Defender Laurel Moore represented the defendant and Assistant United States Attorney James Preston represented the United States.

The defendant admits committing the seven Grade C violations described in numbered paragraphs one through seven of the superseding petition. Accordingly, the court adjudges the defendant guilty of violating the terms of his supervised release, and the defendant's term of supervised release is **REVOKED**. In consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission, the defendant is sentenced to nine (9) months of imprisonment and twenty-four (24) months of supervised release with the following special condition:

---

[*] The defendant having pled guilty to count one of an information, the court imposed a sentence on October 16, 2002, of sixty months of imprisonment and thirty-six months of supervised release.

      The defendant shall participate in a program (outpatient and/or inpatient) for treatment of narcotic addiction or drug or alcohol dependency and follow the probation officer's instructions regarding the implementation of this court directive. This program may include testing for the detection of substance use or abuse not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services.  Upon completion of a drug or alcohol dependency treatment program, the defendant is directed to submit to testing for the detection of substance use or abuse not to exceed 104 times per year.

      The defendant is remanded to the custody of the United States Marshal to await designation and incarceration by the Bureau of Prisons.

      ORDERED in Tampa, Florida, on December 13, 2006.

                                                           STEVEN D. MERRYDAY
                                                  UNITED STATES DISTRICT JUDGE

cc:    United States Marshal
       United States Probation
       Counsel of Record