# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| | (For Revocation of Supervised Release) |
| v. | |
| | Case Number: 8:02-cr-269-T-23TBM |
| ANTON KEREL FISHER | USM Number: 40319-018 |
| | |
| | Defendant's Attorney: James Smith, afpd |

The defendant admits committing, and is adjudged guilty of committing, the violations charged in numbered paragraphs one through eight of the November 8, 2007, petition (Doc. 28).

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| One | Failure to answer truthfully | 10/31/07 |
| Two | Failure to work regularly | 11/19/07 |
| Three | Positive urinalysis for marijuana | 09/09/07 |
| Four | Positive urinalysis for marijuana | 10/10/07 |
| Five | Illegal drug use--ecstasy | 10/10/07 |
| Six | Positive urinalysis for marijuana | 10/31/07 |
| Seven | Positive urinalysis for amphetamine | 10/31/07 |
| Eight | Failure to participate in drug aftercare treatment | 11/05/07 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 in consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission.

The defendant must notify the United States attorney for this district within thirty (30) days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

December 14, 2007
Date of Imposition of Sentence

Steven D. Merryday
UNITED STATES DISTRICT JUDGE

December 14, 2007
Date

DEFENDANT: ANTON KEREL FISHER
CASE NUMBER: 8:02-cr-269-T-23TBM

Judgment - Page 2 of 3

## IMPRISONMENT

The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **thirteen (13) months.**

__X__  The court makes the following recommendations to the Bureau of Prisons: **Incarceration at FCI in Estill, South Carolina.**

__X__  The defendant is remanded to the custody of the United States Marshal.

____  The defendant shall surrender to the United States Marshal for this district:

  ____ at _____ a.m.  p.m. on _____.

  ____ as notified by the United States Marshal.

____  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ____ before 2 p.m. on _____.

  ____ as notified by the United States Marshal.

  ____ as notified by the Probation or Pretrial Services Office.

### RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation:     Sheet 3 - Supervised Release

DEFENDANT:     ANTON KEREL FISHER        Judgment - Page 3 of 3
CASE NUMBER:     8:02-cr-269-T-23TBM

## SUPERVISED RELEASE

No term of supervision is imposed.